> The Court approves settlement agreement and retains jurisdiction to enforce terms 8/31/2021. The Court administratively closes this case pending dismissal entry.
> s/ James S. Gwin
> JAMES S. GWIN
> UNITED STATES DISTRICT JUDGE

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **WESLEY DAVIS**, On behalf of himself and others Similarly situated, | : : : : | CASE NO. 1:20-cv-2137 |
| | : | **JUDGE JAMES S. GWIN** |
| Plaintiffs, | : : : | |
| | : | **MAGISTRATE JUDGE DAVID A. RUIZ** |
| v. | : : : | |
| **KOWALSKI HEAT TREATING CO.**, | : : | |
| Defendant. | : | |

---

## JOINT MOTION FOR FLSA SETTLEMENT APPROVAL PURSUANT TO 29 U.S.C. § 216(b)

---

Plaintiff Wesley Davis ("Plaintiff") on behalf of the opt-in Plaintiffs (collectively "Plaintiffs"), and Defendant Kowalski Heat Treating Co., ("Defendant"), move for an Entry of an Order approving the settlement agreement between Plaintiff and Defendant in this conditionally certified Fair Labor Standards Act ("FLSA") collective action. (Exhibit 1- Settlement Agreement and Release ("Settlement Agreement") filed in this case.

### STATEMENT OF FACTS AND PROCEEDINGS

   I.   **Summary of the Nature of the Case**